AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Hassan Stevenson | ) | Case No. 3:18 mj 552 |
| | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 12, 2018__ in the county of __Montgomery__ in the __Southern__ District of __Ohio__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC s. 111(a)(1) | Knowingly and intentionally forcibly assaulted, resisted, opposed, impeded, or interfered with a federal task force officer while the task force was engaged in or on account of the performance of his official duties, and in doing so, made physical contact with the federal task force officer |
| 21 USC s. 844(a) | knowing and intentional possession of a controlled substance subsequent to a prior conviction for any drug crime under state law |

This criminal complaint is based on these facts:

See Attached Affidavit of Nicholas A. Graziosi

☑ Continued on the attached sheet.

_____
Complainant's signature

Nicholas A. Graziosi, SA of the FBI
Printed name and title

Sworn to before me and signed in my presence.

Date: 8-1-18

_____
Judge's signature

City and state: Dayton, Ohio

Walter H. Rice, US District Court Judge
Printed name and title

## SUPPORTING AFFIDAVIT

Your Affiant, Nicholas A. Graziosi, being duly sworn, does hereby depose and state as follows:

## INTRODUCTION

1. I am a Special Agent with the Federal Bureau of Investigation (FBI), and have been so employed since March of 2017. Prior to joining the FBI, I served as an enlisted member in the United States Marine Corps. Upon being discharged from the military, I attended West Virginia University where I graduated with a Juris Doctorate degree. I am currently assigned to the FBI Cincinnati Division – Dayton Resident Agency. Since joining the FBI, I have received specialized training and experience in the investigation of various offenses set forth under Title 18 and Title 21 of the United States Code. I am familiar with federal drug laws, and I am aware that it is a violation of Title 21, United States Code, Sections 841(a)(1) and 846 to possess with intent to distribute controlled substances (including crack cocaine, cocaine, and heroin), as well as to conspire to do the same. Further, I am aware of federal firearms laws and know that possessing a firearm in furtherance of a drug trafficking crime is a violation of Title 18, United States Code, Sections 924(c)(1)(A) and 2. Additionally, your Affiant knows that it is a violation of Title 18, United States Code, Section 111 to forcibly assault, resist, oppose, impede or interfere with a federal officer while that federal officer is engaged in his/her official duties.

## PURPOSE OF AFFIDAVIT

2. This affidavit is made in support of an application for a federal arrest warrant and complaint against Hassan Admad Stevenson (hereinafter referred to as "**STEVENSON**") for:

   a. Knowingly and intentionally possessed a controlled substance, namely, 0.82 grams or more of a mixture or substance containing a detectable amount of Acetyl Fentanyl,

a Schedule I controlled substance, and Fentanyl, a Schedule II controlled substance, in violation of Title 21 U.S.C. Section 844(a);

       b.      Knowingly and intentionally forcibly assaulted, resisted, opposed, impeded, or interfered with a federal task force officer while the task force was engaged in or on account of the performance of his official duties, and in doing so, made physical contact with the federal task force officer, in violation of Title 18, U.S.C. Sections 111(a).

       3.      This affidavit is only intended to establish the existence of sufficient probable to justify the issuance of the requested arrest warrant. It does not purport to set forth all the facts presently known to the subject investigation.

## SUMMARY OF PROBABLE CAUSE

       4.      On or about July 12, 2018, members of the FBI's Southern Ohio Safe Streets Task Force (SOSSTF) were attempting to locate **STEVENSON** at 24 Fernwood Avenue in Dayton, Ohio for the purpose of arresting him. In particular, **STEVENSON** was wanted by Miami Township Ohio Police Department on a state abduction charge. Additionally, state parole intended to arrest him for state parole violations. Given that the FBI had previous dealings with **STEVENSON** -- who was on supervised release to the United States District Court for the Southern District of Oho – the agency agreed to assist local authorities apprehend him. As part of the FBI's efforts to locate **STEVENSON,** sworn FBI Task Force Officers (TFOs) Tim Braun, Greg Gaier and Jason Rhodes had established surveillance at the Fernwood address while waiting for additional officers to arrive.

       5.      Sometime thereafter, **STEVENSON** exited Fernwood and made contact with a woman who had arrived at the address in a Nissan Altima. At some time, the women exited the Altima, which was still running. **STEVENSON** began to walk towards the passenger door of the

Altima. Knowing that **STEVENSON** has a history of fleeing in cars from police, TFOs Braun and Gaier decided to approach and attempt to arrest him before he could enter the vehicle.

6. TFOs Braun and Gaier approached **STEVENSON** and identified themselves as officers. They instructed **STEVENSON** to lay on the ground. Rather than complying with their instructions, **STEVENSON** looked directly at the TFOs and lunged into the Altima through its passenger door. Fearing that **STEVENSON** would attempt either to flee or to arm himself, TFO Braun quickly ran to the Altima's driver door while TFO Gaier went to its passenger door. **STEVENSON** maneuvered himself from the passenger seat to the driver's seat of the Altima. Despite multiple orders to turn off and exit the car, **STEVENSON** ignored the TFOs' commands and repeatedly reached behind his back into the area of his buttocks. Given their escalating concerns for their safety, TFO Gaier, who now had entered into vehicle through its passenger door, attempted to control **STEVENSON's** hands. TFO Braun continued to order **STEVENSON** from the car. **STEVENSON** placed the Altima into drive and accelerated. The vehicle's tires began to spin, and it traveled forward approximately ten (10) feet before TFO Gaier was able to place the Altima in neutral thereby stopping it.

7. TFO Braun opened the driver's door and attempted to remove **STEVENSON** from the Altima. **STEVENSON** fought with TFOs Braun and Gaier, making physical contact with them as he did so. The TFOs finally extracted **STEVENSON** from the car, and as they did so, he again reached into the area of his buttocks and an item dropped from him. Agents recovered the item and it was later found to contain Acetyl Fentanyl, a Schedule I controlled substance, and Fentanyl, a Schedule II controlled substance, having a net weight of 0.82 gram. **STEVENSON** was taken to the ground in the street as he continued to resist TFO Braun and TFO Rhodes who were attempting to place him in handcuffs.

8. On July 12, 2018, **STEVENSON** was booked into the Montgomery County Jail on the charges of Abduction and violations of his parole. During the evening hours **STEVENSON** required medical assistance multiple times for what was determined to be overdosing on narcotics. Narcan was administered multiple times to revive **STEVENSON** from the result of the narcotics in system. **STEVENSON** had to be transported to a medical facility for further treatment.

9. From a review of public records, I also know **STEVENSON** has prior felony convictions for drug trafficking, including: on or about June 7, 2012, in the Montgomery County Court of Common Pleas, Case. No. 2011CR3289 for trafficking in heroin (F1).

## CONCLUSION

10. Based on the above information provided herein, your Affiant believes that probable cause to issue a criminal complaint against, and an arrest warrant for, **HASSAN STEVENSON**.

NICHOLAS A. GRAZIOSI
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me this 1st day of ~~July~~ august, 2018.

HONORABLE WALTER H. RICE
UNITED STATES DISTRICT JUDGE